IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| JEANNETTE CONRAD, | ) | CASE NO. 1:18-cv-00764 |
| | ) | |
| Plaintiff, | ) | JUDGE TIMOTHY S. BLACK |
| | ) | |
| v. | ) | |
| | ) | |
| US BANK, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO RESPOND, *INSTANTER*, TO DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS DIRECTED TO PLAINTIFF'S AMENDED COMPLAINT**

NOW COMES Plaintiff Jeannette Conrad, through counsel, and respectfully requests leave*, instanter*, to file her Brief in Opposition to Defendants' Motion for Partial Judgment on the Pleadings Directed to Plaintiff's Amended Complaint.  (Doc. No. 16).  Pursuant to Local Rule 7.2(a)(2), Plaintiff's response should have been filed by February 5, 2019.  However, due to excusable neglect on undersigned counsel's part, counsel inadvertently calendared the wrong date for his response.  Immediately upon realizing his error, counsel prepared the within Motion, as well as his Opposition to Defendants' Motion.  Plaintiff's Motion and Opposition are being filed only one week beyond the deadline prescribed by the Local Rules, and such a short delay should not prejudice the Defendants in any way.

WHEREFORE, Plaintiff respectfully requests leave, *instanter*, to file her Brief in Opposition to Defendants' Motion for Partial Judgment on the Pleadings Directed to Plaintiff's Amended Complaint, which is attached hereto as Exhibit A and incorporated by reference.

1

Respectfully submitted,

 /s/ Matthew G. Bruce_____
Matthew G. Bruce (0083769)
**THE SPITZ LAW FIRM, LLC**
8354 Princeton Glendale Rd, Suite 203
West Chester, OH 45069
Phone: (513) 883-1147
Fax:    (216) 291-5744
Email: Matthew.Bruce@SpitzLawFirm.com

*Attorney for Plaintiff Jeannette Conrad*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 12, 2019, a true and accurate copy of the foregoing was filed with the Court's CM/ECF document filing system, which will serve an electronic copy on the following:

Gregory Parker Rogers, Esq.
Evan T. Priestle, Esq.
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202

*Attorneys for Defendants*

 /s/ Matthew G. Bruce_____
Matthew G. Bruce (0083769)